IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00294-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5. ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6. FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7. MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

    Defendants.

## ORDER TO SET MOTIONS HEARING

The Court hereby ORDERS that the status conference in this matter set for March 13, 2006 at 8:30 a.m. will include hearing pending, fully-briefed outstanding motions. The Court believes these motions to be as follows:

| | |
|---|---|
| Doc. # 255 | Martin Valdovines-Vazquez' Motion for Disclosure Pursuant to Rules 404(b) and 609 |
| Doc. # 258 | Amado Medina's Motion to Sever Trials |
| Doc. # 280 | Motion Requesting Defendant Olivas be Granted Access to a Computer to View His Discovery |
| Doc. # 289 | Carlos Simental's *Pro Se* Motion for Review of Transfer |
| Doc. # 315 | Santiago Medina's Motion for Severance |
| Doc. # 321 | Santiago Medina's Motion for Complete Discovery and Clarification of Bill of Particulars |

The Court has set aside 1-1/2 hours for this hearing.

Defendants need not be present at this hearing. If any incarcerated defendant wishes to attend the hearing, his or her defense counsel shall make arrangements between the facility where the defendant is in custody and the Automation Services Office of the U.S. District Court in Denver, at 303-335-2020, for such defendant to appear by telephone or videoconferencing. Live attendance of any incarcerated defendant shall not be considered unless requested by motion setting forth good reason for such live attendance.

DATED: March 3, 2006

BY THE COURT:
*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge