IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 05-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**     **AMADO MEDINA,**
2.     LUCY MEDINA,
3.     MARIA MEDINA,
4.     ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5.     ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
**6.**     **FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"**
7.     MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8.     LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9.     EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10.     ANGEL VELEZ-MEDINA,
11.     MIGUEL IZAGUIRRE,
12.     PATRICK MADRID,
13.     MARTIN VALDOVINES-VAZQUEZ,
14.     INGRID CALAR,
15.     SAUL GARCIA-ANTILLON,
16.     CARLOS SIMENTAL,
17.     ROBERT OLIVAS,
18.     ANTHONY PINO,
19.     ROSARIO VARGAS,
20.     SANTIAGO MEDINA,
21.     ELMA GARCIA,
22.     EDGAR GARCIA-ANTILLON,
23.     MARTIN PELAYO,
24.     ISIDRO PELAYO-CASTELLON,
25.     ALONSO MEDINA,
26.     EUGENIO SANTANA,
27.     HECTOR HERNANDEZ-HINOJOS,
28.     JOSE ALBERTO MALDONADO-GARCIA,

    Defendants.

**ORDER TO VACATE BAIL HEARING**

Upon receipt of the Government's Motion to Vacate Bail Hearing (Dkt. # 386) and for good cause shown, said motion is GRANTED. It is hereby

ORDERED that the bail hearing set for March 27, 2006, on behalf of Defendants Amado Medina and Francisco Velez, is VACATED.

DATED: March 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge