IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No.  05-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5. ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6. **FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico**,"
7. MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. **ANGEL VELEZ-MEDINA**,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

    Defendants.

**ORDER DENYING MOTIONS TO ATTEND HEARING IN PERSON**

Defendant Francisco Velez's Motion To Be Allowed To Attend the Status Hearing Set for February 15, 2007 In Person (Dkt. # 598) and Defendant Angel Velez-Medina's Motion To Be Present for the February 15th Status Conference (Dkt. # 599) are DENIED as untimely.  By Order dated February 8, 2007, the Court indicated that, while defendants' attendance was not necessary, the Court should be notified before noon on February 14, 2007 if any incarcerated defendant wished to attend the February 15, 2007 hearing.  These two motions were filed late in the afternoon of February 14, 2007.  Such late requests create logistical problems with the United States Marshals Service.

If Defendants Velez and/or Velez-Medina wish to attend the hearing by telephone or videoconferencing, their defense counsel shall advise the Court <u>by 1:00 p.m. February 15, 2007</u> and shall make arrangements between the facility where these defendants are in custody and the Automation Services Office of the U.S. District Court in Denver (at 303-335-2020).

DATED:  February 15, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge

2