IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No.   05-cr-294-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior",
5. ARMANDO VALDOVINOS, a/k/a Baldobinos,
6. FRANCISCO VELEZ, a/k/a Francosco Veles, a/k/a "Chico",
7. MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly",
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto", a/k/a "Betito",
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The nature and location of the Motions Hearing scheduled for April 6, 2007 at 1:30 p.m. is changed. This setting is now a **STATUS CONFERENCE** to be held at that same time and date in **Courtroom A802**, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Those defendants (def. #s 7,12, 16, 17, 18, and 20) who have filed notices of disposition are not required to attend.

---

Dated: March 29, 2007