# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

_____

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: December 11, 2007 |
| Court Reporter: Darlene Martinez | Probation: Keith Williams |
| Interpreter: Adriana Weisz | |

_____

| | |
|---|---|
| Criminal Action No. 05-cr-0294-6-JLK | *Counsel:* |
| UNITED STATES OF AMERICA, | Mark Barrett |
| Plaintiff, | |
| v. | |
| 6. FRANCISCO VELEZ, | Boston Stanton, Jr. |
| Defendant. | |

_____

## COURTROOM MINUTES - SENTENCING
_____

**11:08 a.m.**    **Court in session.**

Defendant is present in custody.

Interpreter sworn.

> Defendant plead guilty to Count Two of the Indictment on September 11, 2007

**ORDERED:** Government's Motion for Reduction of Sentence Pursuant to §5k1.1 **(943)** is **granted.**

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **time served.**

**ORDERED**: Upon release from imprisonment, defendant shall be placed on supervised release for a period of **five years.**

**ORDERED**: Conditions of supervised release:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of supervised release:

- (X) Defendant, if deported, shall not reenter the United States illegally. If defendant reenters the United States legally, defendant shall report to the nearest U.S. Probation Office within 72 hours of defendant's return.

**ORDERED:** Defendant shall pay a special assessment of $100.00 which is due and payable immediately.

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

Defendant is advised of the right to appeal.

**ORDERED**: Defendant is remanded to the custody of the U.S. Marshal.

**11:18 a.m.    Court in recess/hearing concluded.**

Total-in-court time: 00:10